**CT Corporation**

**Service of Process Transmittal**
06/28/2021
CT Log Number 539813385

**TO:** Joe Angulo
Bodega Latina Corporation
14601B LAKEWOOD BLVD
PARAMOUNT, CA 90723-3602

**RE:** **Process Served in Texas**

**FOR:** Fiesta Mart, L.L.C. (Domestic State: TX)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | MARIA ROBES, Pltf. vs. FIESTA MART, LLC, Dft. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 202137832 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/28/2021 at 03:55 |
| **JURISDICTION SERVED:** | Texas |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via UPS Next Day Air, 1ZX212780135057323 |
| | Image SOP |
| | Email Notification, Monica Penichet monica.penichet@blcmarkets.com |
| | Email Notification, Juan Ramos juan.ramos@blcmarkets.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>866-203-1500<br>DealTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of 1 / VV



## PROCESS SERVER DELIVERY DETAILS

**Date:**  Mon, Jun 28, 2021

**Server Name:**  Anthony Collins

| Entity Served | FIESTA MART, L.L.C. |
|---|---|
| Case Number | 202137832 |
| Jurisdiction | TX |



ON TIME PROCESS
1-800-274-5804
6-28-21 Amy

EML
COPY OF PLEADING PROVIDED BY PLT

Receipt Number: 902780
Tracking Number: 73883754

CAUSE NUMBER: 202137832

| PLAINTIFF: ROBES, MARIA | In the 269th Judicial |
|---|---|
| vs. | District Court of |
| DEFENDANT: FIESTA MART LLC | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: FIESTA MART LLC MAY BE SERVED WITH PROCESS BY SERVING ITS REGISTERED AGENT

CT CORPORATION SYSTEM

1999 BRYAN STREET SUITE 900

DALLAS TX 75201

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on June 23, 2021, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this June 24, 2021.



Marilyn Burgess

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: PATRICIA JONES

Issued at request of:
DASPIT, JOHN A.
440 LOUISIANA, SUITE 1400
HOUSTON, TX 77002
713-588-0383

Bar Number: 24048906

Tracking Number: 73883754
EML

CAUSE NUMBER: 202137832

| PLAINTIFF: ROBES, MARIA | In the 269th |
| --- | --- |
| vs. | Judicial District Court |
| DEFENDANT: FIESTA MART LLC | of Harris County, Texas |

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____o'clock \_\_\_\_. M., on the _____ day of _____, 20_____.
Executed at (address) _____
in _____ County
at _____ o'clock \_\_\_\_. M., on the _____ day of _____, 20 \_\_\_\_\_,
by delivering to _____ defendant,
in person, a true copy of this
Citation together with the accompanying _____ copy(ies) of the
_____ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of
_____, 20 _____.

FEE: $ _____       _____
                              _____ of _____

County, Texas

_____ By: _____
              Affiant                         Deputy

On this day, _____, known to me to be
the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited
on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of
_____, 20 \_\_\_\_\_.

_____
Notary Public

...
...
...

6/23/2021 3:37 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 54714558
By: Patricia Jones
Filed: 6/23/2021 3:37 PM

CAUSE NO. _____

| | | |
|---|---|---|
| MARIA ROBLES | § | IN THE DISTRICT COURT |
| *Plaintiff*, | § § § | |
| v. | § § | HARRIS COUNTY, TEXAS |
| FIESTA MART, LLC | § § | |
| *Defendant.* | § § | \_\_\_\_\_ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

Plaintiff Maria Robles complains of Defendant Fiesta Mart, LLC (hereinafter, "Defendant"), and would respectfully show the Court that:

### Discovery Control Plan

1. Plaintiff intends to conduct discovery in this matter under Level 3 of the Texas Rules of Civil Procedure.

### Jurisdiction and Venue

2. The claims asserted arise under the common law of Texas. This Court has jurisdiction and venue is proper because all or a substantial part of the events or omissions giving rise to the claim occurred in Harris County, Texas.

### Statement Regarding Monetary Relief Sought

3. Pursuant to Texas Rule of Civil Procedure 47(c), Plaintiff seeks monetary relief over $250,000.00 but not more than $1,000,000.00, including damages of any kind, penalties, costs, expenses, pre-judgment interest and attorney's fees and judgment for all other relief to which Plaintiff is justly entitled. Plaintiff expressly reserves the right to amend this Rule 47 statement of relief if necessary.

## Parties

4.  Plaintiff is an individual residing in Harris County, Texas.

5.  Defendant Fiesta Mart, LLC (hereinafter "Defendant"), is a Texas entity engaged in business in Harris County, Texas. Defendant may be served with process by serving its registered agent, CT Corporation System, at 1999 Bryan St., Ste. 900 Dallas, Texas 75201.

## Facts

6.  This lawsuit is necessary as a result of personal injuries that Plaintiff received on or about May 10, 2021. At that time, Plaintiff was an invitee at Defendant's grocery store at 10401 Jensen Drive Houston, Texas 77093, in Harris County, Texas. Plaintiff was walking through the Defendant's store when she slipped and fell on a liquid which she believed to be juice. The slip and fall caused the Plaintiff to suffer severe injuries to her right arm, left arm, back, and other parts of her body. There were no warning signs present or any other signs of caution near the area where the incident occurred. Plaintiff was not aware of the dangerous and defective condition.

7.  At the time of the incident in question, Plaintiff was an invitee of the Defendant. Defendant knew or should have known of the unreasonably dangerous condition and neither corrected nor warned Plaintiff of it. Plaintiff did not have any knowledge of the dangerous condition and could not have reasonably been expected to discover it. Defendant either created the condition and/or failed to correct the condition or to warn Plaintiff about the dangerous condition, which constituted negligence, and such negligence was a proximate cause of the occurrence in question and Plaintiff's resulting injuries.

8.  Plaintiff would show that, based on the above-described facts, Defendant was negligent. Defendant, as occupier and owner of the premises, with control over the premises, had a duty to

inform Plaintiff of the dangerous condition and make safe the defective condition existing on Defendant's premises.

9. Defendant is liable to Plaintiff under the theory of premises liability and negligence based on the following negligent conduct:

    a. Failure to maintain the premises, including floor and walkways, in a reasonably safe condition;

    b. Failure to inspect the premises where the dangerous condition existed;

    c. Failure to correct the condition by taking reasonable measure to safeguard persons who entered the premises;

    d. Failure to inform Plaintiff of the dangerous condition existing on the premises; and

    e. Other acts deemed negligent.

10. Each of the foregoing negligent acts and/or omissions, whether taken singularly or in any combination, was a proximate cause of Plaintiff's injuries and damages that are described below.

11. Defendant was also negligent in that it failed to act as a reasonably prudent premise owner would act in the same or similar situation.

## Damages

12. As a result of these acts or omissions, Plaintiff sustained damages recognizable by law.

13. By virtue of the actions and conduct of Defendant as set forth above, Plaintiff was seriously injured and is entitled to recover the following damages:

    a. Past and future medical expenses;

    b. Past and future pain, suffering and mental anguish;

    c. Past and future physical impairment;

    d. Past and future physical disfigurement; and

    e. Past lost wages and future loss of earning capacity.

14. By reason of the above, Plaintiff is entitled to recover damages from Defendant in an amount within the jurisdictional limits of this Court, as well as pre and post-judgment interest.

### Jury Demand

15. Plaintiff hereby demands a jury trial.

### Duty to Disclose

16. Pursuant to 194, Tex. R. Civ. P. exempted by Rule 194.2(d), Defendant must, without awaiting a discovery request, provide to Plaintiff the information or material described in Rule 194.2, Rule 194.3, and Rule 194.4.

### Initial Disclosures

17. Pursuant to Rule 194, Tex. R. Civ. P., Defendant must, without awaiting a discovery request, provide information or materials described in Texas Rule of Civil Procedure 194.2 in Defendant's initial disclosure at or within 30 days after the filing of the first answer. Copies of documents and other tangible things must be served with Defendant's response.

### Rule 193.7 Notice

18. Plaintiff hereby gives actual notice to Defendant that any and all documents produced may be used against Defendant at any pre-trial proceeding and/or at trial of this matter without the necessity of authenticating the documents.

### Prayer

Plaintiff prays that this citation issues and be served upon Defendant in a form and manner prescribed by law, requiring that Defendant appears and answers, and that upon final hearing, Plaintiff has judgment against Defendant in a total sum in excess of the minimum jurisdictional limits of this Court, plus pre and post-judgment interest, all costs of Court, and all such other and further relief, to which she may be justly entitled.

Respectfully submitted,

**DASPIT LAW FIRM**

*/s/ Lauren Roberts*
Lauren Roberts
Texas State Bar No. 24113720
440 Louisiana Street, Suite 1400
Houston, Texas 77002
Telephone: (713) 322-4878
Facsimile: (713) 587-9086
Email: e-service@daspitlaw.com

**ATTORNEY FOR PLAINTIFF**